UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:  AU:24-CR-00031(1)-RP |
| (1) Frank Richard Ahlgren III | § | |

ORDER

It is **ORDERED** that the Government's Advisory and Request for Hearing (Doc. 7) filed on March 21, 2024, is hereby **REFERRED** to United States Magistrate Judge Susan Hightower for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure.

SIGNED this 22nd day of March, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE