UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>        Plaintiff<br>v<br><br>**FRANK RICHARD AHLGREN, III**<br>**Defendant** | Case No: 1: 24-CR-00031-RP |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above case is set for proceedings before this Court at 2:00 P.M. on the 9th day of April 2024, and the Defendant is now in the custody of the Travis County Correctional Complex, 3614 Bill Price Road, Del Valle, Texas 78617.

The government respectfully requests that the Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Travis County Correctional Complex, 3614 Bill Price Road, Del Valle, Texas 78617, commanding it to surrender the Defendant into the custody of the United States Marshal for the Western District of Texas or his or her duly authorized representative, and directing the Marshal or his or her representative to bring the Defendant to Austin, Texas on April 9, 2024, at or before 2:00 P.M. for the purpose of said

proceedings, and any further proceedings to be had in this cause.

                Respectfully submitted,

                JAIME ESPARZA
                UNITED STATES ATTORNEY

By: _____
       WILLIAM R. HARRIS
       Assistant U. S. Attorney
       Ohio Bar No. 17818
       601 NW Loop 410., Suite 600
       San Antonio, Texas 78701
       Office: (210) 384-7134

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br>v<br><br>**FRANK RICHARD AHLGREN, III**<br>**Defendant** | Case No: 1: 24-CR-00031-RP |

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Came on the application of the United States of America, representing that this cause is set for hearing in Austin, Texas, at 2:00 P.M. on April 9, 2024; that the Defendant is now incarcerated, and in the custody of the Travis County Correctional Complex, 3614 Bill Price Rd., Del Valle, TX 78617, that justice demands the Defendant's presence at such proceedings; and the Government prays the Court to direct the issuance of a Writ of Habeas Corpus Ad Prosequendum for the attendance of said Defendant; and the Court, being of the opinion that said application should be granted; it is therefore,

ORDERED that the Clerk issue a Writ of Habeas Corpus Ad Prosequendum, addressed to the Travis County Correctional Complex, 3614 Bill Price Rd., Del Valle, TX 78617, directing that said Defendant be delivered into the custody of the United States Marshal, and directing said Marshal to bring the Defendant before this Court in Austin, Texas, at or before 2:00 P.M., on April 9, 2024, for the purpose of said hearing, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said Defendant to the custody of the United States Marshal's Service.

SIGNED and ENTERED at Austin, Texas, this _____ day of _____, 2024.

_____
UNITED STATES MAGISTRATE JUDGE