UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| **vs.** | § | 1:24-cr-00031-RP |
| | § | |
| **Frank Richard Ahlgren, III** | § | |

**O R D E R**

On April 10, 2024, the Court held a detention hearing and found that Defendant's detention is warranted. Dkt. 15. At the conclusion of the hearing, the Government made an oral motion to order Defendant returned to state custody to continue serving a sentence for civil contempt, and Defendant opposed the motion. The Court remanded Defendant to the custody of the United States Marshal and ordered the parties to submit briefs addressing the issue of his return to state custody. Dkt. 19.

On April 19, 2024, the Government withdrew its request that Defendant be returned to state custody, asking instead that the Court leave intact its detention order. Dkt. 22. Defendant does not oppose the withdrawal of the Government's oral motion. Dkt. 23.

Accordingly, the Court's Order of Detention Pending Trial (Dkt. 15) remains in effect.

**SIGNED** on April 22, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE