UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA,                    CASE NO. 24-CR-0031-RP
        Plaintiff,
v.

FRANK RICHARD AHLGREN, III,
        Defendant.
_____/

## UNOPPOSED MOTION TO RESET TRIAL DATE

Defendant Frank "Paco" Richard Ahlgren, III, through counsel, hereby files this his Unopposed Motion to Reset Trial Date and in furtherance thereof states:

1. Defendant has been indicted in a seven count indictment for violation of three counts of tax crimes 26 U.S.C. 7206(I) and four counts of structuring in violation of 31 U.S.C. 5324(a)(3).

2. Defendant made his initial appearance, was arraigned, and was ordered detained by this court on April 9, 2024.

3. Since that time the government has produced but Defendant has still not reviewed the very robust discovery which, upon information and belief, includes tens of thousands of documents. The data was supplied to a technician/expert assisting the defense but there were a series of glitches which the government and Defendant's expert assiduously addressed and which counsel was informed today has now been resolved and the discovery may now be reviewed.

4. This matter is currently set for trial on June 10, 2024.

5. The defense is not ready for trial.

6. Defendant's counsel had a cordial Zoom conference with Assistant United States Attorney William "Bill" Harris and Department of Justice Tax Division lawyers Michael Boteler and Mary Fran Richardson, all of whom are handling this cause for the government, to discuss the resetting of the trial date as well as what date is convenient for both parties. Resetting this case to October 15, 2024 will work well with the respective parties.

7. Undersigned counsel has two trials scheduled in the Southern District of Florida in November so the October 15, 2024 trial date works well.

8. Aforementioned government counsel have graciously authorized counsel to inform this court that the government does not object to the resetting of this trial date.

                            Respectfully submitted,

                            Weisberg Kainen Mark, PL
                            Miami Tower
                            100 SE 2nd Street, Ste. 2222
                            Miami, Florida  33131
                            Phone:  (305) 374-5544
                            Facsimile No:  (305) 358-8565

DATE:  May 10, 2024          BY:  /s/ Dennis G. Kainen
                                          Dennis G. Kainen
                                          Florida Bar No. 339393

GRAY REED

*/s/ Joshua Smeltzer*
Joshua D. Smeltzer
Texas Bar No. 24113859

1601 Elm Street, Suite 4600
Dallas, Texas 75201-3005
Telephone No. (469) 320.6225
Facsimile No. (469) 320-6930
jsmeltzer@grayreed.com
ATTORNEY FOR DEFENDANT,
FRANK RICHARD AHLGREN, III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was electronically filed via CMF/ECF this 10th day of May, 2024.

/s/ Dennis G. Kainen
Dennis G. Kainen