UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § | Case Number: |
| vs. | § § | AU:24-CR-00031(1)-RP |
| (1) Frank Richard Ahlgren III | § § | |

CONSENT TO ADMINISTRATION OF GUILTY PLEA
FED.R.CRIM.P. 11 ALLOCUTION
BY UNITED STATES MAGISTRATE JUDGE

I, **(1) Frank Richard Ahlgren III**, the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this __12__ day of __September__, 20__24__.

_____
Defendant

_____
Attorney for Defendant