UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA,                    CASE NO. 24-CR-0031-RP
Plaintiff,
v.

FRANK RICHARD AHLGREN, III,
Defendant.
_____/

**ORDER**

This court having reviewed Defendant Ahlgren's Motion to Strike Improper Letter Sent By Scott Douglass McConnico, A Law Firm Representing a Plaintiff in a Civil Matter and being fully advised in the premises, it is hereby,

Ordered and Adjudged that said Motion is granted and the letter submitted by the law firm Scott Douglass McConnico shall not be considered in the sentencing hearing of the Defendant in the above-styled matter.

Done and Ordered in chambers this _____ day of December, 2024.


_____
Hon. Robert Pitman
United States District Judge

Cc: All Counsel

1