Page is a diagram.

