United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,

v.

Frank Richard Ahlgren III,
    Defendant.

No. 1:24-CR-00031-RP-1

### Restraining Order

WHEREAS on September 3, 2024, the Defendant pleaded guilty to one count of willfully making and subscribing a false tax return in violation of 26 U.S.C. § 7206(1); and

WHEREAS Defendant was sentenced on December 12, 2024 to 24 months of imprisonment and ordered to pay $1,095,031.00 in restitution together with a $100 special assessment (Doc. No. 45); and,

WHEREAS it is the Court's intent that Defendant's property be preserved to ensure compensation for his victim.

**IT IS HEREBY ORDERED** that Defendant FRANK RICHARD AHLGREN, III, his representatives, attorneys, agents, family members, nominees, alter egos (companies), custodians, assigns, and any other person or entity holding any property belonging to Defendant or acting at the direction of, for, or in concert with Defendant, hereinafter described as the "Restrained Parties," shall fully comply with the terms of this Order and shall not take any action prohibited by this Order; and,

**IT IS ORDERED** that Defendant and the Restrained Parties provide the following information and/or items to the United States as soon as reasonably possible:

    a.    Identify and provide any and all physical devices used to store virtual or cryptocurrency public key(s), private key(s), seed phrases or passphrases.

    b.    Provide any and all other devices or means of storage used for virtual or cryptocurrency private key(s) to include anything in writing.

    c.    Provide any and all passwords or passphrases for any and all physical devices used to store virtual or cryptocurrency public key(s), private key(s), seed phrases or passphrases.

    d.    Identify all virtual and/or cryptocurrency accounts to include but not limited to Bitcoin, Bitcoin Cash, Bitcoin Gold, Etherium, and Litecoin.

**IT IS FURTHER ORDERED** that compliance with the terms of this Order requires that the Restrained Parties shall not engage in the following:

    a.    Directly or indirectly alienate, dissipate, transfer, sell, assign, lease, pledge, encumber, or dispose of the property belonging to Defendant[2], in any manner without prior approval of this Court, including but not limited to withdrawing funds from Defendant's bank accounts; virtual currency; securities; life insurance policies; selling or encumbering Defendant's real property;

    b.    Take, or cause to be taken, any action which could have the effect of concealing or moving property from the jurisdiction of this Court; or

    c.    Take or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of any property whether real, personal, or virtual, except for payment of normal monthly living expenses from already liquid accounts.

**"Normal Monthly Living Expenses"** is defined as those expenses that are necessary to provide for Defendant's or her spouse's health, welfare, and/or production of income to include housing and utilities; food; housekeeping supplies; apparel; personal care products; necessary out-of-pocket health care expenses such as medical services, prescription drugs, and medical supplies; and transportation.[3]

---

[2] "Property" includes any present or future interest, whether legal or equitable, in real, personal (including choses in action), or mixed property, tangible or intangible, vested or contingent, wherever located and however held (including community property and property held in trust (including spendthrift and pension trusts)) … 28 U.S.C. § 3002(12).

With respect to any property that "Defendant" has an interest in, the definition shall include such property whether owned individually, as joint tenants, as joint tenants with rights of survivorship, as community property, as property held as tenants by the entirety, or any other form of ownership.

[3] *See* http://www.irs.gov/Individuals/Collection-Financial-Standards for more detailed guidance.

**IT IS FURTHER ORDERED** that Defendant shall deliver to the United States, the completed Financial Statement Form, together with required supplemental documents, within 30 days of this Order.

This Order shall remain in full force and effect until Defendant FRANK RICHARD AHLGREN, III has satisfied any restitution obligation ordered by this Court in the above-styled case or until further order of this Court.

Dated: _____          _____
                                        ROBERT PITMAN
                                        UNITED STATES DISTRICT JUDGE