# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | § CASE NO. 1:24-CR-00031(1)-RP |
| FRANK RICHARD AHLGREN, III, | § |
| Defendant, | § |
| and | § |
| STEPHANIE MARIE URE, | § |
| Third Party-in-Interest, | § |
| and | § |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | § |
| Garnishee. | § |

### DECLARATION OF STEPHANIE MARIE URE IN SUPPORT OF THIRD PARTY-IN-INTEREST' MOTION TO QUASH AND OBJECTION TO WRIT OF GARNISHMENT AND REQUEST FOR HEARING

I, Stephanie Marie Ure, declare and state as follows:

1. My name is Stephanie Marie Ure. I am over the age of 18 and competent to testify to the matters stated herein.

2. I am the third party-in-interest in the above-captioned matter.

3. I confirm that none of the accounts identified in the Answer from Garnishee Wells Fargo Bank, National Association and listed as follows:

| Account No. | State | Amount | Name |
|---|---|---|---|
| Xxx7939 | UT | $6,959.49 | (Ure-primary joint owner) |
| Xxx3105 | UT | $1,994.26 | (Ure-primary joint owner) |

ACTIVE 711462041v1

| | | | |
|---|---|---|---|
| Xxx2966 | UT | $1,084.42 | (Ure-secondary joint owner)) |
| Xxx1828 | MO | $0.00 | (Ure) |
| Xxx9116 | MO | $0.00 | (Ure) |

are joint accounts with Defendant Frank Richard Ahlgren, III. These accounts contain only my separate property or property of someone other than Frank Richard Ahlgren, III.

4.    I also confirm that the premarital agreement attached to the Motion to Quash and Objection to Writ of Garnishment is a true and correct copy of the premarital agreement between me and Frank Richard Alhgren, III and that it has not been amended or terminated in any way.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 29, 2025, in San Salvador, El Salvador

*Stephanie Marie Ure*
Stephanie Marie Ure