IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| *Plaintiff,* | § |
| v. | § CASE NO. 1:24-CR-00031(1)-RP |
| FRANK RICHARD AHLGREN, III, | § |
| Defendant, | § |
| and | § |
| STEPHANIE MARIE URE, | § |
| Third Party-in-Interest, | § |
| and | § |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | § |
| Garnishee. | § |

## ORDER QUASHING THE WRIT OF GARNISHMENT

THIS COURT, having considered Plaintiff's Motion to Quash Writ of Garnishment [Dkt. 66] and Third Party-in-Interest Stephanie Ure's Motion to Quash and Objection to the Writ of Garnishment and Request for Hearing [Dkt. 69] ("Ure's Motion"), any Responses thereto, as well as any arguments of counsel, is of the opinion that Ure's Motion has merit and should be GRANTED.  The Court hereby quashes the Writ of Garnishment [Dkt. 60].

**IT IS SO ORDERED** on this the _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE