**FILED**
July 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,

v.

Frank Richard Ahlgren III,
    Defendant.

No. 1:24-CR-00031-RP-1

## Order

On this day, came on for consideration United States' Motion for Leave to Place Document Under Seal. The United States requests that **Exhibits 1, 5B,** and **11** to its "Motion to Compel Defendant Ahlgren to Provide Information for Payment of Restitution" be sealed from public view as they contain sensitive information. The Court having examined said Motion and the document in question, finds that justice, the privacy interests of certain individuals as well as security and safety interests are served by sealing **Exhibits 1, 5B,** and **11** to the "United States' Motion to Compel Defendant Ahlgren to Provide Information for Payment of Restitution."

**IT IS ORDERED** that **Exhibits 1, 5B,** and **11** to "United States' Motion to Compel Defendant Ahlgren to Provide Information for Payment of Restitution" are submitted to this Court in a sealed condition and shall be SEALED by the Clerk and placed on file as part of the records of this cause of action.

SIGNED this  10th  day of     July         2025.

**ROBERT PITMAN**
UNITED STATES DISTRICT JUDGE